STEAMTUG CENTRAL STATES, Inc., as Owner of the Tug THE CHEROKEE, Libellant-Appellant, v. Diesel Tug THE EMPIRE, STANDARD TOWING CORPORATION, Claimant-Appellee, and Tug THE CLAREMONT, Tug Claremont Corporation, Claimant-Impleaded-Appellee.

No. 358.

Circuit Court of Appeals, Second Circuit.

June 10, 1940.

Foley & Martin, of New York City (James A. Martin and Christopher E. Heckman, both of New York City, of counsel), for appellant.

Mahar & Mason, of New York City (Frank C. Mason, of New York City, of counsel), for claimant-appellee.

Before SWAN, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Decree affirmed.

UNITED STATES of America, Plaintiff-Appellee, v. Theodore DOWNING, Defendant-Appellant.

No. 384.

Circuit Court of Appeals, Second Circuit.

June 7, 1940.

Fred D. Kaplan, of New York City (Jacob W. Friedman, of New York City, of counsel) for appellant.

John T. Cahill, U. S. Atty., of New York City (W. R. Mansfield, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before SWAN, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment reversed in open Court.